CO-386-online
10/03

**FILED**

APR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Democratic National Committee et al., | ) ) ) ) | |
| vs      Plaintiff | ) ) ) | Civil Action |
| Federal Election Commission | ) ) ) | |
| Defendant | ) | |

Case: 1:08-cv-00639
Assigned To : Bates, John D.
Assign. Date : 4/14/2008
Description: Admn. Agency Review

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Democratic National Committee__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Democratic National Committee__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

255919
BAR IDENTIFICATION NO.

Joseph E Sandler
Print Name

Sandler, Reiff & Young, P.C. 300 M St SE #1102
Address

Washington      DC      20003
City            State   Zip Code

(202) 479-1111
Phone Number