**FILED**-online
10/03
APR 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Democratic National Committee et al., )
)
)
) Plaintiff )
vs )  Civil  Case: 1:08-cv-00639
) Assigned To : Bates, John D.
Federal Election Commission ) Assign. Date : 4/14/2008
) Description: Admn. Agency Review
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __DNC Services Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __DNC Services Corporation__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

255919
BAR IDENTIFICATION NO.

Joseph E Sandler
Print Name

Sandler, Reiff & Young, P.C. 300 M St SE #1102
Address

Washington    DC    20003
City    State    Zip Code

(202) 479-1111
Phone Number

3