UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>    Defendant. | Civil Action No. 08-0639 (JDB) |

## ORDER

Upon review of the Federal Election Commission's Statement Regarding the Commission's Status and the Court's Jurisdiction, it is this  2nd  day of May, 2008, hereby

**ORDERED** that plaintiffs shall, by not later than May 12, 2008, show cause why this action should not be dismissed for want of jurisdiction in light of 2 U.S.C. § 437g(a)(8)(A) and the D.C. Circuit's decisions in Perot v. FEC, 97 F.3d 553 (D.C. Cir. 1996), and In re Carter-Mondale Reelection Comm., Inc., 642 F.2d 538 (D.C. Cir. 1980).

**SO ORDERED**.

                                                  /s/
                                      JOHN D. BATES
                                United States District Judge